NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPLIT PIVOT, INC.,**
*Plaintiff-Appellant,*

**v.**

**TREK BICYCLE CORPORATION,**
*Defendant-Appellee.*

---

2014-1241

---

Appeal from the United States District Court for the Western District of Wisconsin in No. 3:12-cv-00639-WMC, Judge William M. Conley.

---

**JUDGMENT**

---

ALAN MARSHALL ANDERSON, Alan Anderson Law Firm LLC, of Minneapolis, Minnesota, argued for plaintiff-appellant. With him on the brief was AARON C. NYQUIST. Of counsel was CHRISTOPHER A. YOUNG, Kutak Rock LLP, of Minneapolis, Minnesota.

DAN L. BAGETELL, Perkins Coie LLP, of Phoenix, Arizona, argued for defendant-appellee. On the brief were JOHN S. SKILTON, AUTUMN N. NERO and DAVID R. PEKAREK KROHN, of Madison, Wisconsin.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 8, 2014 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |